OPINION — AG — ** SCHOOL BOARD — ELECTION — FILING PERIOD ** SAID "NOTICE OF DECLARATION OF CANDIANCY" SHOULD `NOT' BE CONSIDERED AS A LEGAL FILING OF CANDIDANCY AND THAT HIS NAME SHOULD `NOT' BE PLACED UPON THE OFFICIAL ELECTION BALLOT. IT IS SUGGESTED THAT HE BE SO ADVISED BY THE CLERK OF THE BOARD OF EDUCATION. (NOTIFICATION, DECLARATION, CANDIDATE, NOTIFY, CLERK) CITE: 70 O.S. 4-7 [70-4-7], 70 O.S. 4-8 [70-4-8], 70 O.S. 4-11 [70-4-11] (J. H. JOHNSON)